IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMANTHA HOLLAND, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 15-00692 |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 6th day of December , 2016, upon careful and independent

consideration of the administrative record, the brief in support of review filed by Plaintiff,

Defendant's response, and Plaintiff's reply brief (Doc. Nos. 12, 13, & 14), and after review of

the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is

hereby **ORDERED** that:

1.      The Report and Recommendation is **APPROVED** and **ADOPTED**;

2.      The decision of the Commissioner is **VACATED** and Plaintiff's Request for

Review is **GRANTED**; and

3.      The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

_____

JOSEPH F. LEESON, JR,                    J.